[No. 4062-3-III. Division Three. December 8, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL DEWAYNE CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 6795, B. E. Kohls, J., entered June 30, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Pearson, JJ.

[Nos. 3985-4-III; 4598-6-III. Division Three. December 8, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSE D. WALLIN, SR., *Appellant.*

Appeals from a judgment of the Superior Court for Spokane County, No. 80-1-00138-9, John J. Lally, J., entered May 2, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Pearson, JJ.

[No. 4770-II. Division Two. December 9, 1981.]

PLYWOOD MARKETING ASSOCIATES, *Respondent,* v. EVERETT PLYWOOD CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 55023, John N. Skimas, J., entered April 18, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 4706-II. Division Two. December 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSCOE B. WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-480, John H. Kirkwood, J., entered April 11, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.